FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WILLIAM HANCE,<br><br>Defendant. | No. 2:21-CR-00140-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 14)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 14**. Defendant recites in his motion that U.S. Probation and the United States does not oppose this request.

Specifically, Defendant is requesting that Condition of Release No. 14 be modified to accommodate his employment tasks he will be undertaking in Kootenai County, Idaho, as his employer will, on a regular basis, contact him to work certain jobs in Kootenai County, Idaho. This will alleviate the need for future motions for travel for the purposes of employment.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 14,** is **GRANTED as follows:**

> **(14) The Defendant may work in Kootenai County or other locations when approved in advance by the U.S. Probation Officer.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 8, 2021.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1